In the Matter of the Accounting of EDWARD D. HARRIS, as Trustee under the Will of HENRY HILTON, Deceased, Respondent.

VINCENT K. HILTON et al., Appellants; ALBERT B. HILTON, Respondent.

*Matter of Harris*, 174 App. Div. 871, affirmed.
(Argued November 20, 1916; decided December 5, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1916, which affirmed a decree of the New York County Surrogate's Court settling the accounts of Edward D. Harris as trustee under the will of Henry Hilton, deceased. The appellants are two of the beneficiaries of the trust and claim that the trustees during a period of three years did not in their discretion see fit to pay out all the income received by them; therefore, the unexpended income of that period belonged to·them *pro rata* as two of the persons at that time presumptively entitled to the next eventual estate; the fact that the said sum of unexpended income was later wholly applied by the trustees for the purpose of the trust is, they say, wholly immaterial.

*Clifton P. Williamson* for Vincent K. Hilton, appellant.

*Lyle Evans Mahan, Paul M. Herzog* and *Arthur S. Levy* for Helen H. Forde, appellant.

*James S. Darcy* for trustee, respondent.

*James H. Hickey* for Albert B. Hilton, respondent.

Order affirmed, with costs; no opinion.
Concur: WILLLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.